STANLEY FIGULA ET AL., APPELLANTS, v. BOARD OF ADJUSTMENT OF CITY OF PASSAIC ET AL., RESPONDENTS.

Submitted October 31, 1947—Decided January 29, 1948.

For the appellants, *Nicholas Martini.*

For the respondents, *Thomas E. Duffy* and *Murner & Murner* (*Thomas E. Duffy,* of counsel).

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, WACHENFELD, BURLING, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ. 11.

*For reversal*—None.